# EXHIBIT B

A man came out of the truck after striking the school bus wielding what appeared to be two weapons. The weapons turned out to be a paintball gun and a pellet gun, O'Neill said.

Witnesses told the NYPD the suspect shouted "Allahu Akbar," or "God is great" in Arabic when he jumped out of the truck. Meanwhile, a federal law enforcement source told CBS News a note was found in the suspect's truck that made reference to ISIS.

"He was pointing, like, randomly, but he wasn't shooting at the time that I saw him," said witness Tawhid Kapir. "He's just running in the circle, like in the middle of the road, with the gun."

First Precinct Officer Ryan Nash confronted Saipov and shot him when he refused to drop his weapons.

Saipov was taken to NYC Health + Hospitals/Bellevue and was out of surgery late Tuesday night.



(credit: Instagram/@IllMaticNYC)

Six of the victims died at the scene, officials said.

More than a dozen people were injured in the incident, officials said. Ten patients were taken to New York-Presbyterian/Lower Manhattan Hospital. Of those 10, three were in critical. Two patients taken there passed away, the hospital said.

There was no active threat following the attack, officials said. Officials said the attack appeared to be a "lone wolf" incident and there was no immediate evidence of a wider plot.

Sources say Saipov left a note in his rental truck pledging allegiance to ISIS which has called on Jihadis to carry out attacks with trucks.

A man came out of the truck after striking the school bus wielding what appeared to be two weapons. The weapons turned out to be a paintball gun and a pellet gun, O'Neill said.

Witnesses told the NYPD the suspect shouted "Allahu Akbar," or "God is great" in Arabic when he jumped out of the truck. Meanwhile, a federal law enforcement source told CBS News a note was found in the suspect's truck that made reference to ISIS.

"He was pointing, like, randomly, but he wasn't shooting at the time that I saw him," said witness Tawhid Kapir. "He's just running in the circle, like in the middle of the road, with the gun."

First Precinct Officer Ryan Nash confronted Saipov and shot him when he refused to drop his weapons.

Saipov was taken to NYC Health + Hospitals/Bellevue and was out of surgery late Tuesday night.



(credit: Instagram/@k2lawNYC)

Six of the victims died at the scene, officials said.

More than a dozen people were injured in the incident, officials said. Ten patients were taken to New York-Presbyterian/Lower Manhattan Hospital. Of those 10, three were in critical. Two patients taken there passed away, the hospital said.

There was no active threat following the attack, officials said. Officials said the attack appeared to be a "lone wolf" incident and there was no immediate evidence of a wider plot.

Sources say Saipov left a note in his rental truck pledging allegiance to ISIS which has called on Jihadis to carry out attacks with trucks.