# Liebowitz Law Firm, PLLC
### Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

June 26, 2020

Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Cruz v. K2 Solutions, Inc. (1:20-cv-1638-AMD-CLP)*

Dear Judge Pollak,

We represent Plaintiff, Alex Cruz, in the above in-captioned case. The parties have reached a settlement in principle. The parties will file their stipulation of dismissal by July 31, 2020.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Alex Cruz*

