# Liebowitz Law Firm, PLLC
## Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

July 31, 2020

Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Cruz v. K2 Solutions, Inc. (1:20-cv-1638-AMD-CLP)*

Dear Judge Pollak,

We represent Plaintiff, Alex Cruz, in the above in-captioned case. The parties are still finalizing the terms of the settlement agreement. We respectfully request an extension until August 28, 2020 to file the stipulation of dismissal. Defendant consents to this extension.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Alex Cruz*

