UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALEX CRUZ, | | Docket No. 1:20-cv-1638-AMD-CLP |
| | Plaintiff, | |
| - against - | | **NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))** |
| K2 SOLUTIONS, INC. | | |
| | Defendant. | |

IT IS HEREBY NOTICED, that the above case has settled and should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: August 28, 2020

*Attorneys for Plaintiff Alex Cruz*